UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal No. 3:23-cr-59 |
| v. | : | (JUDGE MANNION) |
| EDWARD DICKEY | : | |

## ORDER

In accordance with the memorandum filed this same day the government is hereby ordered to provide the court the following information for each victim seeking restitution by **August 30, 2024**.

1. An itemized list of all costs and expenses incurred to date in each of the following categories enumerated in 18 U.S.C. §2259(c)(2) and subtracting all costs covered by the victim or their parents' insurance or medical assistance.

    A. Medical services relating to physical, psychiatric, or psychological care;

    B. Physical and occupational therapy or rehabilitation;

    C. Necessary transportation, temporary housing, and childcare expenses;

    D. Lost income;

    E. Reasonable attorneys' fees, as well as other costs incurred;

F. Any other relevant losses incurred by the victim.

2. An itemized list of reasonably anticipated future costs and expenses in each of the following categories following categories enumerated in 18 U.S.C. §2259(c)(2) and subtracting all costs that will be reasonably covered by the victim or their parent's insurance or medical assistance.

A. Medical services relating to physical, psychiatric, or psychological care;

B. Physical and occupational therapy or rehabilitation;

C. Necessary transportation, temporary housing, and childcare expenses;

D. Lost income;

E. Reasonable attorneys' fees, as well as other costs incurred;

F. Any other relevant losses incurred by the victim.

3. Supporting documents evidencing and justifying each amount cited in response to 1. and 2. including unredacted bills for any attorney's fees sought. These documents must be indexed and clearly cited to in the government's response to 1. and 2.

4. To the extent the victim seeks to include any costs or expenses not explicitly enumerated in 18 U.S.C. §2259(c)(2) or incurred by a parent,

guardian, or another family member, a memorandum briefing the legal basis for including such amounts in that victim's general losses.

5. The amount in defined monetary assistance the victim has received to date from the Child Pornography Victim's Reserve as defined in 18 U.S.C. §2259(d)(D).

6. The total number of criminal defendants found to have contributed to the victim's general losses with regard to any series to date.

7. A list of all restitution amounts awarded by other courts for all series involving the victim to date.

8. The total amount in restitution collected by the victim from all defendants for any series to date.

9. To the extent possible a reasonable estimate of the broader number of future offenders who contributed to victim's general losses (recognizing that most offenders will never be caught.)

10. The total number of images of the victim from any and all series the Defendant possessed.

11. The total number of images of the victim from any and all series the Defendant distributed.

- 3 -

- 4 -

12. The total number of images of the victim the Defendant had any connection to the initial production of.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: July 31, 2024**
23-59-01 ORDER